**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AMERICAN AUTO AUCTION GROUP, LLC d/b/a XLERATE GROUP, a Delaware limited liability company, and CORRY AUTO DEALERS EXCHANGE, INC., a Pennsylvania corporation, | )  Civil Action No. 1:19-cv-00036-CB<br>)  Electronically Filed<br>)<br>)<br>)<br>) |
| Plaintiffs | )<br>) |
| v. | )<br>) |
| CURT CHANEY, DEALERS AUCTION XCHANGE, LLC, a Florida limited liability company, and OVERWATCH VENTURES, LLC, a Texas limited liability company, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiffs American Auto Auction Group, LLC d/b/a XLerate Group and Corry Auto Dealers Exchange, Inc. and Defendants Curt Chaney, Dealers Auction Xchange, LLC, and Overwatch Ventures, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims in the above-captioned action, with prejudice, with each party bearing its own attorneys' fees and costs.

Respectfully submitted,


By____*s/ Matthew F. Radler*_____    By____*s/ Jordan M. Webster*_____
    Julia M. Herzing, Esq. (208258)        Jordan M. Webster, Esq. (200715)
    *Local Counsel*        jordan.webster@bipc.com
    jherzing@kmgslaw.com        Buchanan Ingersoll & Rooney, P.C.
    Knox McLaughlin Gornall &        One Oxford Centre
    Sennett, P.C.        301 Grant Street, 20th Floor
    120 W. 10th Street        Pittsburgh, PA 15219-1410
    Erie, PA 16501        (412) 392-1667
    (814) 459-2800

    *Attorneys for Defendants,*
    Sean F. Crotty (P64987)        *Curt Chaney, Dealers Auction*
    *pro hac vice*        *Xchange, LLC, and Overwatch Ventures,*
    scrotty@honigman.com        *LLC*
    Matthew E. Radler (P80609)
    *pro hac vice*
    mradler@honigman.com
    Honigman LLP
    2290 First National Building
    660 Woodward Avenue
    Detroit, MI 48226-3506
    (313) 465-7336

    *Attorneys for Plaintiffs,*
    *American Auto Auction Group, LLC and*
    *Corry Auto Dealers Exchange, Inc.*